UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PAUL E. BARBATO,

        Plaintiff,

v.                      Case No. 3:12-cv-966-J-39PDB

E. DUNCAN, et al.,

        Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On March 27, 2014, the Court granted Defendants' motion to sanction the plaintiff for his refusal to finish his deposition. See Order (Doc. 31). The Court ordered Plaintiff to pay $333.10 to the Defendants by June 27, 2014, or face dismissal of his case without further notice. Id. On July 22, 2014, the Court ordered Defendants to inform the Court by July 31, 2014, whether the Plaintiff paid them. See Order Doc. 42. Defendants, on July 31, 2014, notified the Court that Plaintiff has made no payments to Defendants and has made no attempt to contact defense counsel regarding his debt. See Defendants' Response to this Court's Order Dated July 22, 2014 (Doc. 43).

Therefore, it is now

**ORDERED AND ADJUDGED:**

1. This case is **DISMISSED** without prejudice.

2. The Clerk of the Court shall enter judgment accordingly and close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 4th day of August, 2014.

_____
BRIAN J. DAVIS
United States District Judge

sa 8/4
c:
Paul E. Barbato